**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 99-1222

_____

HILTON LAWRENCE BROWN,

Plaintiff - Appellant,

versus

FEDERAL TRADE COMMISSION,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-98-4149-CCB)

_____

Submitted:  April 15, 1999         Decided:  April 21, 1999

_____

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Hilton Lawrence Brown, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hilton Lawrence Brown appeals the district court's order dismissing his complaint without prejudice. This court may exercise jurisdiction only over final orders. See 28 U.S.C. § 1291 (1994). Because Brown may be able to save this action by amending his complaint, the district court's order is not an appealable final order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993) (a dismissal without prejudice is not reviewable unless the reasons stated for the dismissal clearly disclose that no amendment to the complaint could cure its defects). We therefore dismiss the appeal without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED